```
SCHIFF HARDIN LLP
JOHN S. WORDEN (Bar No. 142943)
jworden@schiffhardin.com
JEAN-PAUL P. CART (Bar No. 267516)
jcart@schiffhardin.com
KATELYN E. KEEGAN (Bar No. 301469)
kkeegan@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:   415.901.8700
Facsimile:   415.901.8701

Attorneys for Plaintiff
KENNETH CLAIR

KAMALA D. HARRIS
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
CAITLIN W. NOBLE
Deputy Attorney General (Bar No. 238013)
Caitlin.Noble@doj.ca.gov
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94105
Telephone:   415.703.5577
Facsimile:   415.703.5843

Attorneys for Defendants
V. TERRY, C. MADDING, G. HAN, DR.
LEIGHTON, DR. GRANT, DR. TOOTELL, DR.
DEEMS, T. JOHNSON, E. MCNEEL, AND DR.
GARRIGAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KENNETH CLAIR,<br><br>            Plaintiff,<br><br>v.<br><br>V. TERRY, *et al.*,<br><br>            Defendants. | Case No.  C 15-03102-LB<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE<br><br>Judge:   Hon. Laurel Beeler |

1  Pursuant to Plaintiff Kenneth Clair and Defendants V. Terry, C. Madding, G. Han, Dr.
2  Leighton, Dr. Grant, Dr. Tootell, Dr. Deems, T. Johnson, E. McNeel, and Dr. Garrigan's Joint
3  Stipulation for Dismissal Without Prejudice, it is HEREBY ORDERED that all claims remaining
4  in the above-captioned case are DISMISSED WITHOUT PREJUDICE, with each party to bear
5  their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 22, 2016        By: /s/ LB

Hon. Laurel Beeler
United States Magistrate Judge

SF\321905272.2